## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**James Laborde,**

    **Plaintiff,**

**v.**                **Case No. 23-2027-JWL**

**Kilolo Kijakazi,**
**Acting Commissioner of Social Security,**

    **Defendant.**


## <u>MEMORANDUM & ORDER</u>

In January 2023, plaintiff commenced this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the decision of the Commissioner of Social Security denying his application for disability insurance benefits under Title II of the Social Security Act.  At the time he filed his complaint, plaintiff resided in Junction City, Kansas and properly filed his suit in this District. *See* 42 U.S.C. § 405(g) (an action for judicial review of any final decision of the Commissioner "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides").  After filing suit, plaintiff moved his residence to Maryland, where he intends to reside permanently.  This matter is now before the court on plaintiff's unopposed motion to change venue to the District of Maryland (doc. 9).

Although venue remains proper in this District, *see Baynham v. Colvin*, 2014 WL 6863454, at *1 (D. Kan. Dec. 3, 2014) ("If venue is proper when the case is brought, subsequent changes in residence of the parties do not require a change of venue."), a change in venue is permitted to "any district or division to which all parties have consented."  *See* 28 U.S.C. § 1404(a) ("For the

convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.").  Because plaintiff no longer resides in Kansas and because the parties have consented to a transfer to the District of Maryland, the court concludes that, for the convenience of the parties and in the interest of justice, this case should be transferred to the District of Maryland where plaintiff now resides.   The motion is granted.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's motion to change venue (doc. 9) is granted and the court transfers this case to the United States District Court for the District of Maryland.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2023, at Kansas City, Kansas.

s/John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge

2